[This opinion has been published in *Ohio Official Reports* at 82 Ohio St.3d 181.]

THE STATE EX REL. TECUMSEH PRODUCTS COMPANY, APPELLANT, *v.*

INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Tecumseh Products Co. v. Indus. Comm.*, 1998-Ohio-255.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 95-2190—Submitted May 12, 1998—Decided June 17, 1998.)

Appeal from the Court of Appeals for Franklin County, No. 94APD10-1432.

————————————

*Bugbee & Conkle, Robert P. King* and *David M. McCarty*, for appellant.

*Betty D. Montgomery*, Attorney General, and *William J. McDonald*, Assistant Attorney General, for appellee Industrial Commission of Ohio.

*Chester T. Freeman Co., L.P.A.*, and *William R. Polhamus*, for appellee John Dear.

————————————

{¶ 1} The judgment of the court of appeals is affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————